# ELECTRONIC RECORD

COA # 05-14-00025-CR          OFFENSE: 49.04

STYLE: Mellannise Henderson v. The State of Texas          COUNTY: Collin

COA DISPOSITION:     AFFIRM          TRIAL COURT: County Court at Law No. 2

DATE: 12/2/2014          Publish: NO    TC CASE #:     002-80051-2013

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Mellannise Henderson v. The State of Texas          CCA #: 124-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/22/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**